**Order entered June 2, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00370-CV

### IN THE INTEREST OF B.T.G., A MINOR CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-12707-U**

## ORDER

The reporter's record is overdue. In response to a past-due notice from this Court, Elizabeth Griffin, Official Court Reporter for the 302nd Judicial District Court, filed a letter stating that she was unaware of any reporter's record that was due. Before the Court is appellant's May 31, 2016 motion regarding the reporter's record. In his motion, appellant informs the Court that he requested preparation of the reporter's records on April 28, 2016. Appellant asks this Court to order Ms. Griffin to filed the requested reporter's records.

We **GRANT** appellant's motion and **ORDER** Ms. Griffin, to file, by **JUNE 24, 2016**, the reporter's record from the bench trial conducted on November 19, 2015 **and** the reporter's records from hearings conducted on the following dates:

1.   August 28, 2013;

2.   October 17, 2013;

3.   October 28, 2013;

4.      April 21, 2014;

5.      August 18, 2014;

6.      February 9, 2015;

7.      August 31, 2015;

8.      January 22, 2016; and

9.      May 23, 2016.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Griffin, appellant, and counsel for appellee.

/s/      CRAIG STODDART
JUSTICE